**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Windsor Hayward Estates, LLC** | |

| | | | |
|---|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Windsor Post Acute Care Center of Hayward** | |

| | | | |
|---|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-2505588** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **7447 Sepulveda Blvd.** <br> **Van Nuys, CA 91405** <br> Number, Street, City, State & ZIP Code | **25919 Gading Road** <br> **Hayward, CA 94544** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles** <br> County | **Location of principal assets, if different from principal place of business** <br> **25919 Gading Road Hayward, CA 94544** <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Windsor Hayward Estates, LLC**                                Case number (*if known*) _____
     Name

---

**7.** **Describe debtor's business**

A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **6231**

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

Debtor    **Windsor Hayward Estates, LLC**                                    Case number (*if known*) _____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment** | Relationship | _____ |
| District | _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**    *Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
            Contact name _____
            Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor   **Windsor Hayward Estates, LLC**                                    Case number (*if known*) _____
         <sub>Name</sub>

| **16.** | **Estimated liabilities** | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐  $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Windsor Hayward Estates, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September 29, 2023**
MM / DD / YYYY

X _~signature~_ _____       **Avrohom Tress**
Signature of authorized representative of debtor        Printed name

Title  **Manager**

**18. Signature of attorney**       X _~signature~_ _____       Date  **September 29, 2023**
Signature of attorney for debtor                MM / DD / YYYY

**Ron Bender 143364**
Printed name

**Levene, Neale, Bender, Yoo & Golubchik L.L.P**
Firm name

**2818 La Cienega Avenue**
**Los Angeles, CA 90034**
Number, Street, City, State & ZIP Code

Contact phone  **(310) 229-1234**       Email address  **rb@lnbyg.com**

**143364 CA**
Bar number and State

| Pending Bankruptcy Cases of Affiliates | Case Number | Date Filed | Location |
|---|---|---|---|
| S&F Home Health Opco I, LLC | 1:23-bk-11201-VK | 8/23/2023 | Central District of California |
| S&F Hospice Opco I, LLC | 1:23-bk-11202-VK | 8/23/2023 | Central District of California |
| S&F Market Street Healthcare, LLC | 1:23-bk-11203-VK | 8/23/2023 | Central District of California |
| Windsor Care Center National City, Inc. | 1:23-bk-11204-VK | 8/23/2023 | Central District of California |
| Windsor Cheviot Hills, LLC | 1:23-bk-11206-VK | 8/23/2023 | Central District of California |
| Windsor Country Drive Care Center, LLC | 1:23-bk-11207-VK | 8/23/2023 | Central District of California |
| Windsor Court Assisted Living, LLC | 1:23-bk-11208-VK | 8/23/2023 | Central District of California |
| Windsor Cypress Gardens Healthcare, LLC | 1:23-bk-11209-VK | 8/23/2023 | Central District of California |
| Windsor El Camino Care Center, LLC | 1:23-bk-11210-VK | 8/23/2023 | Central District of California |
| Windsor Elk Grove and Rehabilitation, LLC | 1:23-bk-11212-VK | 8/23/2023 | Central District of California |
| Windsor Elmhaven Care Center, LLC | 1:23-bk-11213-VK | 8/23/2023 | Central District of California |
| Windsor Gardens Convalescent Hospital, Inc. | 1:23-bk-11214-VK | 8/23/2023 | Central District of California |
| Windsor Hampton Care Center, LLC | 1:23-bk-11215-VK | 8/23/2023 | Central District of California |
| Windsor Monterey Care Center, LLC | 1:23-bk-11216-VK | 8/23/2023 | Central District of California |
| Windsor Rosewood Care Center, LLC | 1:23-bk-11217-VK | 8/23/2023 | Central District of California |
| Windsor Sacramento Estates, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Skyline Care Center, LLC | 1:23-bk-11218-VK | 8/23/2023 | Central District of California |
| Windsor Terrace Healthcare, LLC **(Lead Case)** | 1:23-bk-11200-VK | 8/23/2023 | Central District of California |
| Windsor The Ridge Rehabilitation Center, LLC | 1:23-bk-11219-VK | 8/23/2023 | Central District of California |
| Windsor Vallejo Care Center, LLC | 1:23-bk-11220-VK | 8/23/2023 | Central District of California |

**WINDSOR HAYWARD ESTATES, LLC**
**MEMBER RESOLUTIONS RELATING TO CHAPTER 11 BANKRUPTCY CASE**

September 29, 2023

The following Resolutions were duly enacted by a unanimous vote of the Members (the "Members") of Windsor Hayward Estates, LLC (the "Company"), and the same shall remain in full force and effect, without modification, unless and until the Members adopt a further resolution to the contrary:

RESOLVED, that the Company shall file a voluntary petition under chapter 11 of the Bankruptcy Code on September 29, 2023 or such other date determined by Avrohom Tress ("AT") to be in the best interests of the Company, its creditors and other parties in interest, after consultation with the Company's counsel.  AT is authorized to sign the voluntary bankruptcy petition and all related documents for the Company as the authorized representative of the Company, and AT is authorized to designate any other officer, professional or designated representative to sign any other documents on behalf of the Company.

FURTHER RESOLVED, that the Company's retention of Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG") to serve as the Company's bankruptcy counsel is approved upon terms that are mutually acceptable to the Company and LNBYG.  AT, in his capacity as the authorized representative of the Company, is hereby authorized to negotiate the terms of the Company's employment of LNBYG and to execute the Company's retention agreement and/or bankruptcy employment application with LNBYG or to designate any other officer, professional or designated representative to sign any such documents on behalf of the Company.

FURTHER RESOLVED, that, in his capacity as the authorized representative of the Company, AT is hereby authorized to cause the Company to employ any other professionals to represent or assist the Company in connection with the Company's chapter 11 bankruptcy case that AT deems to be in the best interests of the Company and to execute such other retention agreements and/or bankruptcy employment applications or to designate any other officer, professional or designated representative to sign any such documents on behalf of the Company.

FURTHER RESOLVED, that following the filing of the Company's chapter 11 bankruptcy case, AT, in his capacity as the authorized

representative of the Company, is hereby authorized on behalf of and in the name of the Company to execute and file and to cause counsel to the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action that AT deems necessary and proper in connection with the Company's bankruptcy case without the need for any further approval of the Members unless the Members subsequently decide to the contrary.  Such actions that AT has the authority to cause the Company to take without any further approval of the Members (unless the Members subsequently decide to the contrary) shall include, but not be limited to, all of the following: employing and compensating professionals; seeking Bankruptcy Court approval for the Company to use cash collateral and/or obtain post-bankruptcy financing and executing any agreements related to any of the foregoing; compensating employees; hiring and terminating employees; purchasing product or materials; selling product; entering into or continuing with agreements; collecting accounts receivable; negotiating with creditors, lenders, vendors, suppliers and landlords; assuming, assigning, or rejecting executory contracts and unexpired leases; renegotiating the terms of executory contracts and unexpired leases; signing new or amended contracts and leases; commencing and defending litigation involving the Company; selling or liquidating some or substantially all of the Company's assets; causing the Company to propose a plan of reorganization or liquidation and related disclosure statement and to seek to confirm a plan of reorganization or liquidation; and causing the Company to take whatever steps are necessary to be in compliance with any orders of the Bankruptcy Court.  AT is also authorized to designate any other officer, professional or designated representative to sign any documents related to any of the foregoing on behalf of the Company.

FURTHER RESOLVED, that all prior acts and deeds of AT or the other officers of the Company acting in their capacity as an authorized representative of the Company, as the case may be, taken to carry out the intent and accomplish the purposes of the foregoing resolutions, are hereby approved, adopted, ratified and confirmed in all respects as the respective acts and deeds of the Company.

IN WITNESS WHEREOF, the above resolutions have been authorized, adopted, ratified and approved.

MANAGER:

_____
**AVROHOM TRESS**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Windsor Hayward Estates, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐     *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐     *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐     *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐     *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐     *Schedule H: Codebtors* (Official Form 206H)
☐     *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐     Amended *Schedule*
☑     *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐     Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 29, 2023**          X _____
                                              Signature of individual signing on behalf of debtor

                                              **Avrohom Tress**
                                              Printed name

                                              **Manager**
                                              Position or relationship to debtor

Declaration Under Penalty of Perjury for Non-Individual Debtors

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Windsor Hayward Estates, LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **HEALTHCARE SERVICES GROUP INC 3220 TILLMAN DR SUITE 300 BENSALEM, PA 19020** | | | | | | **$790,015.29** |
| **SELECT REHABILITATION PO BOX 71985 CHICAGO, IL 60694-1985** | | | | | | **$545,890.38** |
| **DEPARTMENT OF HEALTH CARE SERVICES MS 1101 PO BOX 997415 SACRAMENTO, CA 95899-7415** | | | | | | **$320,159.11** |
| **ASHLEY CLINICAL DIAGNISTIC LABORATORY IN 5542 N FIGUEROA ST LOS ANGELES, CA 90042** | | | | | | **$240,635.00** |
| **SKILLED NURSING PHARMACY 16666 E. JOHNSON DRIVE SUITE "C" CITY OF INDUSTRY, CA 91745** | | | | | | **$191,145.75** |

| Debtor | **Windsor Hayward Estates, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| MCKESSON MEDICAL SURGICAL P.O. 690693 CINCINNATI, OH 45263-0693 | | | | | | $119,337.32 |
| SYSCO FOOD SERVICES PO BOX 138007 SACRAMENTO, CA 95813-8007 | | | | | | $53,004.96 |
| CORE ANALYTICS LABORATORY INC 14735 CALIFA ST VAN NUYS, CA 91411 | | | | | | $15,852.25 |
| ELAMS CONSULTING & INSPECTION SERVICES 164 ROBLES WAY #270 VALLEJO, CA 94591 | | | | | | $15,375.00 |
| DIRECT SUPPLY EQUIPMENT P.O. BOX 88201 MILWAUKEE, WI 53288 | | | | | | $14,113.72 |
| DIAGNOSTIC LABORATORIES & RADIOLOGY - AZ PO BOX 676210 ATTN: CASH APPS DALLAS, TX 75267-6210 | | | | | | $13,634.66 |
| POINTCLICKCARE TECHNOLOGIES INC. PO BOX 674802 DETROIT, MI 48267-4802 | | | | | | $10,102.60 |
| ESTATE OF HOM MITSUE 6933 QUEENSWOD WAY SAN JOSE, CA 95120 | | | | | | $7,504.00 |
| RAMAT MEDICAL 5812 W. PICO BLVD. #A LOS ANGELES, CA 90019 | | | | | | $7,343.88 |

Debtor **Windsor Hayward Estates, LLC**                                    Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SHRED IT USA INC 28883 NETWORK PLACE CHICAGO, IL 60673-1288** | | | | | | **$6,267.60** |
| **CURASPAN HEALTH GROUP, INC. PO BOX 744204 ATLANTA, GA 30374-4204** | | | | | | **$6,150.00** |
| **HENRY C. LEVY, TAX COLLECTOR, ALAMEDA C 1221 OAK STREET ROOM 131 OAKLAND, CA 94612-4285** | | | | | | **$5,926.54** |
| **AXIOM HEALTHCARE GROUP 2351 SUNSET BLVD STE 170-897 ROCKLIN, CA 95765** | | | | | | **$5,100.00** |
| **INTERACTIVE MEDICAL SYSTEMS PO BOX 843789 LOS ANGELES, CA 90084-3789** | | | | | | **$4,832.34** |
| **ABSOLUTE BEST CARE 4425-C TREAT BLVD SUITE 158 CONCORD, CA 94521** | | | | | | **$4,500.00** |

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**See attached list**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ , California.

Date:    **September 29, 2023**

_____
**Avrohom Tress**
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                    *Page 1*                    **F 1015-2.1.STMT.RELATED.CASES**

| Pending Bankruptcy Cases of Affiliates | Case Number | Date Filed | Location |
|---|---|---|---|
| S&F Home Health Opco I, LLC | 1:23-bk-11201-VK | 8/23/2023 | Central District of California |
| S&F Hospice Opco I, LLC | 1:23-bk-11202-VK | 8/23/2023 | Central District of California |
| S&F Market Street Healthcare, LLC | 1:23-bk-11203-VK | 8/23/2023 | Central District of California |
| Windsor Care Center National City, Inc. | 1:23-bk-11204-VK | 8/23/2023 | Central District of California |
| Windsor Cheviot Hills, LLC | 1:23-bk-11206-VK | 8/23/2023 | Central District of California |
| Windsor Country Drive Care Center, LLC | 1:23-bk-11207-VK | 8/23/2023 | Central District of California |
| Windsor Court Assisted Living, LLC | 1:23-bk-11208-VK | 8/23/2023 | Central District of California |
| Windsor Cypress Gardens Healthcare, LLC | 1:23-bk-11209-VK | 8/23/2023 | Central District of California |
| Windsor El Camino Care Center, LLC | 1:23-bk-11210-VK | 8/23/2023 | Central District of California |
| Windsor Elk Grove and Rehabilitation, LLC | 1:23-bk-11212-VK | 8/23/2023 | Central District of California |
| Windsor Elmhaven Care Center, LLC | 1:23-bk-11213-VK | 8/23/2023 | Central District of California |
| Windsor Gardens Convalescent Hospital, Inc. | 1:23-bk-11214-VK | 8/23/2023 | Central District of California |
| Windsor Hampton Care Center, LLC | 1:23-bk-11215-VK | 8/23/2023 | Central District of California |
| Windsor Monterey Care Center, LLC | 1:23-bk-11216-VK | 8/23/2023 | Central District of California |
| Windsor Rosewood Care Center, LLC | 1:23-bk-11217-VK | 8/23/2023 | Central District of California |
| Windsor Sacramento Estates, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Skyline Care Center, LLC | 1:23-bk-11218-VK | 8/23/2023 | Central District of California |
| Windsor Terrace Healthcare, LLC **(Lead Case)** | 1:23-bk-11200-VK | 8/23/2023 | Central District of California |
| Windsor The Ridge Rehabilitation Center, LLC | 1:23-bk-11219-VK | 8/23/2023 | Central District of California |
| Windsor Vallejo Care Center, LLC | 1:23-bk-11220-VK | 8/23/2023 | Central District of California |

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address

**Ron Bender 143364**
**2818 La Cienega Avenue**
**Los Angeles, CA 90034**
**(310) 229-1234 Fax: (310) 229-1244**
California State Bar Number: **143364 CA**
**rb@lnbyg.com**

FOR COURT USE ONLY

☐ *Debtor(s) appearing without an attorney*
☑ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

In re:

**Windsor Hayward Estates, LLC**

CASE NO.:

CHAPTER: **11**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the
master mailing list of creditors filed in this bankruptcy case, consisting of __14__ sheet(s) is complete, correct, and
consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **September 29, 2023** _____

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **September 29, 2023** _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                     **F 1007-1.MAILING.LIST.VERIFICATION**

Windsor Hayward Estates, LLC
25919 Gading Road
Hayward, CA 94544


Ron Bender
Levene, Neale, Bender, Yoo & Golubchik L.L.P
2818 La Cienega Avenue
Los Angeles, CA 90034


U.S. Trustee  San Fernando  Valley
915 Wilshire Blvd.
Suite 1850
Los Angeles, CA 90017


21TH CENTURY WEB
GALA 15
LINK ROAD SADAR
MAHARASHTRA, INDIA


A 1 SEPTIC TANK SERVICE INC
1111 INDUSTRIAL PKY WEST
HAYWARD, CA 94544


ABSOLUTE BEST CARE
4425-C TREAT BLVD SUITE 158
CONCORD, CA 94521


ALAMEDA COUNTY ENVIRONMENTAL HEALTH
P.O. BOX N
ALMEDA, CA 94501-0108


ALAMEDA INPATIENT MEDICAL INC
2070 CLINTON AVENUE
ALAMEDA, CA 94501

```
ALLSTATE PLUMBING COMPANY
2000 WARM SPRING COURT
SUITE 2
FREMONT, CA 94539


ASHLEY CLINICAL DIAGNISTIC LABORATORY IN
5542 N FIGUEROA ST
LOS ANGELES, CA 90042


AXIOM HEALTHCARE GROUP
2351 SUNSET BLVD STE 170-897
ROCKLIN, CA 95765


BIOSCAPES INC
34383 ALVARADO-NILES RD #257
UNION CITY, CA 94587


BLC TRANSPORT LLC
2401 MERCED ST
SUITE 300
SAN LEANDRO, CA 94577


BRIGGS HEALTHCARE CORP
7887 UNIVERSITY BLVD
CLIVE, IA 50325


CA Dept of Health Care Services
Attn: Kenneth K Wang DOJ
300 S Spring St No 1702
Los Angeles, CA 90013


CAHF
2201 K ST.
SACRAMENTO, CA 95816
```

CALIFORNIA DEPART OF PUBLIC HEALTH
P.O. BOX 997434
MS 3202
SACRAMENTO, CA 95899-7434


CALIFORNIA DEPART OF PUBLIC HEALTH
CENTER FOR HEALTH CARE QUALITY
FISCAL MANAGEMENT BRANCH, MS3202
SACRAMENTO, CA 95899-7434


California Department of Insurance
Attorney General
302 S Spring St No 1704
Los Angeles, CA 90013


California Dept of Public Health
Office of the Attorney General
301 S Spring St No 1702
Los Angeles, CA 90013


CAREFEED INC.
430 READING RD
CINCINNATI, OH 45202


CDW DIRECT
P.O. BOX 75723
CHICAGO, IL 60673-5723


CENTERS FOR MEDICARE AND MEDICAID SERVIC
DIVISION OF ACCOUNTING OPERATIONS
MAIL STOP C3-11-03
BALTIMORE, MD 21207


CERTIFIED MEDICAL WASTE, LLC
2600 EXECUTIVE PKWY #360
LEHI, UT 84043

CERTIPHI SCREENING INC
PO BOX 1675
SOUTHAMPTON, PA 18966


CITY OF LOS ANGELES BUREAU OF SANITATION
INDUSTRIAL WASTE MGT DIVISION
2714 MEDIA CENTER DRIVE
LOS ANGELES, CA 90065


CMS OF HOLLAND
P.O. BOX 819
HOLLAND, OH 43528-0819


COMMUNITY MOBILE DIAGNOSTICS
PO BOX 676210
DALLAS, TX 75267-6210


CORE ANALYTICS LABORATORY INC
14735 CALIFA ST
VAN NUYS, CA 91411


CORE ANALYTICS RADIOLOGY INC
14735 CALIFA ST
VAN NUYS, CA 91411


CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808


CURASPAN HEALTH GROUP, INC.
PO BOX 744204
ATLANTA, GA 30374-4204

DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
PO BOX 5509
BINGHAMTON, NY 13902


Department of Health and Human Services
Federal Building
300 N Los Angeles St, Ste 7516
Los Angeles, CA 90012


DEPARTMENT OF HEALTH CARE
ACCESS AND INFORMATION
2020 WEST EL CAMINO AVE
SUITE 1000
SACRAMENTO, CA 95833


DEPARTMENT OF HEALTH CARE SERVICES
MS 1101 PO BOX 997415
SACRAMENTO, CA 95899-7415


DIAGNOSTIC LABORATORIES & RADIOLOGY - AZ
PO BOX 676210
ATTN: CASH APPS
DALLAS, TX 75267-6210


DIRECT SUPPLY EQUIPMENT
P.O. BOX 88201
MILWAUKEE, WI 53288


DIRECT TV
P.O. BOX 105249
ATLANTA, GA 30348-5249


DJK COUNSEL LTD
1925 CENTURY PARK EAST ST 810
LOS ANGELES, CA 90067

ELAMS CONSULTING & INSPECTION SERVICES
164 ROBLES WAY #270
VALLEJO, CA 94591


Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


ENDEAVOUR
45949 WARM SPRINGS BLVD
FREMONT, CA 94539


ENTECH MEDICAL CORPORATION
1910 D STREET
LA VERNE, CA 91750


ESTATE OF HOM MITSUE
6933 QUEENSWOD WAY
SAN JOSE, CA 95120


FIRE SAFETY SERVICE INC
622 W MILL AVENUE
COUER D ALENE, ID 83814


Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952


FRANCHISE TAX BOARD
P.O. BOX 942857
SACRAMENTO, CA 94257

GRAINGER-DEPT 886308907
DEPT 886308907
PALATINE, IL 60038


H D SUPPLY FACILITIES MAINT
PO BOX 509058
SAN DIEGO, CA 92150-9058


HARRIS STATIONERS INC
8441 Canoga Avenue
Canoga Park, CA 91304


HEALTHCARE SERVICES GROUP INC
3220 TILLMAN DR
SUITE 300
BENSALEM, PA 19020


HEIN LIGHTING & ELECTRIC INC
5030 BLUM ROAD
MARTINEZ, CA 94553


HENRY C. LEVY, TAX COLLECTOR,  ALAMEDA C
1221 OAK STREET
ROOM 131
OAKLAND, CA 94612-4285


HPSI MENU SERVICES
1 ADA
SUITE 150
IRVINE, CA 92618-5338


IDENTITY LINKS
6211 W HOWARD ST
NILES, IL 60714

INTERACTIVE MEDICAL SYSTEMS
PO BOX 843789
LOS ANGELES, CA 90084-3789

Internal Revenue Service  IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

IRON MECHANICAL, INC
721 NORTH B ST, SUITE 100
SACRAMENTO, CA 95811

LANGUAGE LINE SERVICES
P.O. BOX 202564
DALLAS, TX 75320

LISBOA ALFREDO
27475 HESPERIAN BLVD.
181
HAYWARD, CA 94545-4255

LOS ANGELES COUNTY TAX COLLECT
225 NORTH  HILL STREET
ROOM 122
LOS ANGELES, CA 90012

Los Angeles County Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110

LOS ANGELES COUNTY TAX COLLECTOR
P.O. BOX 54018
LOS ANGELES, CA 90054-0018

MARIA SUSANA MORALES
28207 ARMOUR ST
HAYWARD, CA 94545


MCKESSON MEDICAL SURGICAL
P.O. 690693
CINCINNATI, OH 45263-0693


MICHELLI MEASUREMENT GROUP INC
130 BROOKHOLLOW ESPLANADE
HARAHAN, LA 70123


MidCap Funding IV Trust, as Agent
Attn: Matthew Pappano
7255 Woodmont Ave., Suite 200
Bethesda, MD 20814


MONTEREY COUNTY ENVIRONMENTAL
HEALTH BUREAU
1270 Natividad Road
SALINAS, CA 93906


MONTEREY COUNTY TAX COLLECTOR
P O BOX 891
SALINAS, CA 93902-0891


NERI ROSE MELLIZO-QUILLOPO
214 LADERA PLAZA
UNION CITY, CA 94587


NETSMART TECHNOLOGIES INC
PO BOX 713519
PHILADELPHIA, PA 19171

NEW HORIZON COMMUNICATION CORP
PO BOX 981703
BOSTON, MA 02298


OCCUPATIONAL HEALTH CENTERS
P.O. BOX 3700
RANCHO CUCAMONGA, CA 91729


ONE ACCESS MEDICAL TRANSPORTATION
7887 ENTERPRISE DR
UNIT A
NEWARK, CA 94560


Oxford Finance LLC, As Agent
Attn: Patrick McLenahan
115 S. Union Street, Suite 300
Alexandria, VA 22314


POINTCLICKCARE TECHNOLOGIES INC.
PO BOX 674802
DETROIT, MI 48267-4802


PORTER ONE DESIGN
37680 HILLS TECH DR
FARMINGTON HILLS, MI 48331


POWER PLUS
5500 E PALMA AVE.
ANAHEIM, CA 92807


PRIME CARE TECHNOLOGIES INC
6650 SUGARLOAF PARKWAY
SUITE 400
DULUTH, GA 30097

PROGUARD SERVICE AND SOLUTIONS
PO BOX 100512
PASADENA, CA 91189-0512


QUADIENT FINANCE USA INC
PO BOX 6813
CAROL STREAM, IL 60197


RAMAT MEDICAL
5812 W. PICO BLVD.
#A
LOS ANGELES, CA 90019


REAL TIME MEDICAL
PO BOX 645852
PITTSBURGH, PA 15264


REHASTE HARVEY WILSON & SALAMOFF LLP
1221 E DYER ROAD
SUITE 200
SANTA ANA, CA 92705


RJ10 CONSULTING LLC
21601 VANOWEN ST
SUITE 109
Canoga Park, CA 91303


SAN JOAQUIN COUNTY
ENVIRONMENTAL HEALTH DEPARTMENT
1868 E HAZELTON
STOCKTON, CA 95205


Secretary of the U.S. Dept of Health and
Human Services on behalf of the Centers
for Medicare and Medicaid Services
300 N Los Angeles St, Ste 7516
Los Angeles, CA 90012

```
SELECT REHABILITATION
PO BOX 71985
CHICAGO, IL 60694-1985


SEYFARTH SHAW LLP
2029 CENTURY PARK EAST
SUITE 3500
LOS ANGELES, CA 90067


SHRED IT USA INC
28883 NETWORK PLACE
CHICAGO, IL 60673-1288


SIZEWISE
P.O. BOX 320
ELLIS, KS 67637


SKILLED NURSING PHARMACY
16666 E. JOHNSON DRIVE
SUITE C
CITY OF INDUSTRY, CA 91745


SOME THINGS FISHY LLC
16310 SHANNON RD
LOS GATOS, CA 95032


STAPLES ADVANTAGE
PO BOX 660409
DALLAS, TX 75266


State Board of Equalization
Account Info Group, MIC:29
P.O. Box 942879
Sacramento, CA 94279-0029
```

SWIFT INK LLC
47526 CLIPPER ST #700363
PLYMOUTH, MI 48170

SYSCO FOOD SERVICES
PO BOX 138007
SACRAMENTO, CA 95813-8007

THE PAUL REVERE LIFE INSURANCE COMPANY
1 FOUNTAIN SQUARE
CHATTANOOGA, TN 37402-1330

THE SSI GROUP LLC
DEPT 2455
P.O. BOX 11407
BIRMINGHAM, AL 35246-2455

TWIN MED INC
P.O. BOX 847340
LOS ANGELES, CA 90084-7340

US FOODS
PO BOX 842475
LOS ANGELES, CA 90084-2475

VECMAR CORPORATION
7595 JENTHER DRIVE
MENTOR, OH 44060

WASH IQ LLC
7351 GALILEE ROAD
SUITE 100
ROSEVILLE, CA 95678

WELLSKY CORPORATION
PO BOX 200086
DALLAS, TX 75320-0086


XCHIVE BUSINESS INTELLIGENCE INC
PO BOX 3221
GRASS VALLEY, CA 95945